```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON DIAMOND,

                            Plaintiff,
         -against-                                          20 CIVIL 7305 (LJL)

                                                              **JUDGMENT**
SHIFTPIXY, INC. and SCOTT ABSHER,

                            Defendants.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 13, 2021, the motion to dismiss is granted with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      July 13, 2021

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court

            BY:
                                                          Deputy Clerk