```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JASON DIAMOND,                                                   :
                                                                 :
                         Plaintiff,                              :
                                                                 :         20-cv-7305 (LJL)
             -v-                                                 :
                                                                 :            ORDER
SHIFTPIXY, INC. and SCOTT ABSHER,                                :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court's opinion of July 13, 2021 at Dkt. No. 27 granted Defendants' motion to dismiss in part but directed the Clerk of Court to terminate the action entirely. This was in error. Accordingly, the Court is filing an amended opinion that corrects the error.

A conference is scheduled for July 27, 2021 at 3:00 p.m.

The Clerk of Court is respectfully directed to strike Dkt. No. 28 and reopen the action.

SO ORDERED.

Dated: July 19, 2021
       New York, New York
                                                       _____
                                                              LEWIS J. LIMAN
                                                       United States District Judge